

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-12-00739-CR

Jose Guadalupe **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2010-1132-DR
Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Sitting: Catherine Stone, Chief Justice
      Karen Angelini, Justice
      Luz Elena D. Chapa, Justice

We abated this appeal on February 12, 2014 for the trial court to make written findings of fact to be filed in a supplemental clerk's record. The trial court and district clerk have filed a motion requesting an extension of time to comply with our order.

We **grant** the motions and **order** the findings of fact be filed in a supplemental clerk's record by April 14, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court